FILED



2:42 pm, 3/16/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Steven Dakota Knezovich, et al,

                         Plaintiffs,

vs.                                         Case Number: 21-CV-00180-ABJ

United States of America

                         Defendant.

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Mar 16, 2022      Time: 1:32pm - 2:35pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Zigmas Polinauskas |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Bradley Booke (by phone), Quentin Rhoades

Attorney(s) for Defendant(s)   Levi Martin, Jasmine Peters

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 14 | Motion to Dismiss | Under Advisement |

☐ Briefs to be filed on or before       by
                                                  by

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
The court heard from Mr. Martin and Mr. Rhoades.
The Court takes the matter under advisement.