OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
For The District of Wyoming

   

**FILED**

May 24, 2022

1:25 pm, 5/24/22

**Margaret Botkins
Clerk of Court**

Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

Chris Wolpert, Clerk of Court
United States Court of Appeals
  for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

Re:   TRANSCRIPT ORDERS
       USDC # 21-cv-00180-ABJ
       USCA # 22-8023
       *Knezovich et al v. United States of America*

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

**No transcripts have been ordered for this appeal.**

For purposes of appeal, the record is now ready.

                                         MARGARET BOTKINS
                                         Clerk of Court

                           By:   /s/ Becky Harris
                                  Deputy Clerk

2120 Capitol Avenue, Room 2131 ◆ Cheyenne, WY 82001      111 South Wolcott, Suite 121 ◆ Casper, WY 82601
(307) 433-2120 ◆ Fax: (307) 433-2152      (307) 232-2620 ◆ Fax: (307) 237-0014

*www.wyd.uscourts.gov*